AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
| v. | ) |
| Christian Akouala | ) Case No. 3:23-mj-534 |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 4, 2023** in the county of **Cass** in the **_____** District of **North Dakota**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 115 | Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member |

This criminal complaint is based on these facts:
Please see affidavit attached.

☑ Continued on the attached sheet.

/s/ Caleb Williamson
*Complainant's signature*

Caleb Williamson, Special Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence.~~ via telephone.

Date: 10/05/2023

/s/ Alice R. Senechal
*Judge's signature*

City and state: Fargo, ND

Alice R. Senechal, U.S. Magistrate Judge
*Printed name and title*